**EXHIBIT A**

Hearing Date: No hearing scheduled
Courtroom Number: No hearing scheduled
Location: No hearing scheduled

FILED
8/29/2019 12:56 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL

FILED DATE: 8/29/2019 12:56 AM   2019112604

385956

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### FIRST MUNICIPAL DISTRICT

| | | |
|---|---|---|
| Cavalry SPV I, LLC, | ) | 20191126044 |
| Plaintiff, | ) | |
| | ) | No. |
| vs. | ) | Return Date: 9/27/2019 |
| CALVIN R SMITH, | ) | Return Date: _____ |
| Defendant. | ) | |
| | ) | Amount Claimed: $1,216.05, Plus court Costs |

### SMALL CLAIMS COMPLAINT

NOW COMES the Plaintiff, Cavalry SPV I, LLC, by and through their attorneys, Shindler & Joyce, and complaining of the Defendant, states as follows:

1. The Defendant CALVIN R SMITH, opened a credit card or line of credit account on 07/07/2017 whereby Defendant received a credit card or line of credit and could charge goods and services to their account and receive cash advances.

2. The Defendant subsequently defaulted by failing to pay for the indebtedness incurred resulting in the balance due in the amount of $1,216.05.

3 For valuable consideration, Cavalry SPV I, LLC is the assignee and bona fide owner of all right title and interest to defendant's account.

4. Due demand has been made on the Defendant to pay the amount due and owing and the Defendant has failed to do so.

5. Suit has been filed within a relevant statute of limitations.

WHEREFORE, Plaintiff prays for judgment against the Defendant for $1,216.05 plus court costs.

Shindler & Joyce
1990 E. Algonquin Rd Suite 180
Schaumburg, IL 60173
(847) 537-1000
Cook County #: 27053
DuPage County#: 21020
attorneys@shindlerlaw.com

Barrie Pressler
ARDC # 6208258

THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION
WILL BE USED FOR THAT PURPOSE.



\* Q 3 8 5 9 5 6 F 1 - - 2 - \*

FILED DATE: 11/12/2019 12:00 AM  2019112804

(10/25/18) CCM N649

## CLERK OF THE CIRCUIT COURT OF COOK COUNTY OFFICE LOCATIONS

- o District 1 - Richard J Daley Center
  50 W Washington
  Chicago, IL 60602

- o District 2 - Skokie
  5600 Old Orchard Rd
  Skokie, IL 60077

- o District 3 - Rolling Meadows
  2121 Euclid
  Rolling Meadows, IL 60008

- o District 4 - Maywood
  1500 Maybrook Ave
  Maywood, IL 60153

- o District 5 - Bridgeview
  10220 S 76th Ave
  Bridgeview, IL 60455

- o District 6 - Markham
  16501 S Kedzie Pkwy
  Markham, IL 60428

**Daley Center Divisions/Departments**

- o Civil Division
  Richard J Daley Center
  50 W Washington, Rm 601
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- o Chancery Division
  Richard J Daley Center
  50 W Washington, Rm 802
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- o Domestic Relations Division
  Richard J Daley Center
  50 W Washington, Rm 802
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- o Civil Appeals
  Richard J Daley Center
  50 W Washington, Rm 801
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- o Criminal Department
  Richard J Daley Center
  50 W Washington, Rm 1006
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- o County Division
  Richard J Daley Center
  50 W Washington, Rm 1202
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- o Probate Division
  Richard J Daley Center
  50 W Washington, Rm 1202
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- o Law Division
  Richard J Daley Center
  50 W Washington, Rm 801
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- o Traffic Division
  Richard J Daley Center
  50 W Washington, Lower Level
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

Return Date: 12/20/2019
Hearing Date: 12/20/2019 9:30 AM - 9:30 AM
Courtroom Number: 1104
Location: District 1 Court
        Cook County, IL

FILED
11/12/2019 12:00 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
20191126044

7306800

385956
2120 - Served   2220 - Not Served   2620 - Sec. of State
2121 - Alias Served   2221 - Alias Not Served   2621 - Alias Sec. of State
Summons                          (Rev.10/25/18) CCM N649 A

### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### FIRST MUNICIPAL DISTRICT

**Name All Parties**
Cavalry SPV I, LLC

                   **Plaintiff (s)**

v.

CALVIN R SMITH

                   **Defendant(s)**

CALVIN R SMITH:

         **Address of Defendant(s)**

Case No. 19-M1-126044
Amount Claimed: 1216.05 plus court costs
Appearance Filing / Return Date: **12/20/2019**

Status Date: _____

Trial Date: _____
Time: **09:30AM** Room: **1104**

Please serve as follows: ☐ Certified Mail   ☐ Sheriff Service   ☑ Alias (Plaintiff Check One)

### SUMMONS

To each Defendant:
    YOU ARE SUMMONED and required:
    1. To file your written appearance by yourself or your attorney and pay the required fee. To file your appearance you need access to the internet and a credit card for payment. Please visit www. cookcountyclerkofcourt.org to initiate this process. Kiosks with internet access are available at all Clerk's Office locations. Please refer to the last page of this document for location information.
    2. File your answer to the complaint before 9:00AM as required by the applicable subsections of Paragraph 3 or 4 in the **NOTICE TO THE DEFENDANT** on the following page.
**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT, A COPY OF IS HERETO ATTACHED.**
To the Officer:
    This SUMMONS must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service, and not less than three (3) days before the day for appearance. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 3 days before the day for appearance.
    E - filing is now mandatory for documents in civil cases with limited exemptions. To e - file, you must first create an account with an e - filing service provider. Visit https://efile.illinoiscourts.gov/service - providers.htm to learn more and to select a service provider. If you need additional help or have trouble e - filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp .
                  **THERE WILL BE A FEE TO FILE YOUR APPEARANCE.**

Atty No.: 27053
Shindler and Joyce
Attorney for Plaintiff
1990 E Algonquin Rd., Suite 180
Schaumburg, IL 60173
(847) 537-1000
attorneys@shindlerlaw.com

WITNESS 1/12/2019 12:00 AM DOROTHY BROWN

DOROTHY BROWN, Circuit Court Clerk

Date of service _____
(to be inserted by officer on copy left with person served)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

Page 1 of 3

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**



*Q385956A2--1-*

FILED DATE: 11/12/2019 12:00 AM  20191126044

FILED DATE: 11/12/2019 12:00 AM  2019112B044

**(10/25/18) CCM N649**

Any person wishing to sue or defend a case as an indigent must petition the court to have the fees, costs, and charges associated with the proceedings waived.

Customers may visit www.cookcountyclerkofcourt.org to access the Clerk's filing fees or telephone the Civil Division at (312) 603-5116 with additional questions.

### NOTICE TO PLAINTIFF

You MUST select a return day of:
not less than 14 or more than 40 days after issuance of summons if amount claimed is $10,000 or less;
not less than 21 or more than 40 days after issuance of summons if amount claimed is in excess of $10,000.

### NOTICE TO DEFENDANT

1. If the complaint is notarized, your answer must be notarized.

**For District 1 Cases Only:**

2. On the specified Return Day, one of the following may occur:
   a. If you are sued for $10,000 or less you need not file an answer unless ordered to do so by the Court.
      (i)   If Plaintiff is not present, the case may be dismissed for want of prosecution.
      (ii)  If you have not filed an appearance, or you have filed an appearance and are not present, the Plaintiff may obtain an exparte default judgment against you for the amount claimed.
      (iii) If you have filed an appearance and are present on Return Day, trial may be heard that day, or may be set for another day certain.
   b. If you are sued for more than $10,000 and you have filed your appearance on time, you must file your answer no later than 10 days after your appearance date (return date) specified on this form. If you have not filed your appearance or answer on time, the Plaintiff may obtain an exparte default judgment against you for the amount claimed, If Plaintiff is not present for the Default call, the case may be dismissed for want of prosecution. If you filed your appearance and have not filed your answer on time the Plaintiff may motion the court to enter a Judgment.

3. Late filing of an appearance or answer will not relieve you from judgment or default order except by court order.

**For District 2, 3, 4, 5 and 6 Cases:**

4. If you are sued for more than $10,000, you have 10 days from the Return Day to answer or otherwise plea.

5. On the Specified Return Day, if you are sued for $10,000 or less, you need to file an answer unless ordered to do so by the Court.

6. On the specified Status/Trial Day, one of the following may occur:
   a. If the Plaintiff is not present, the case may be dismissed for want of prosecution.
   b. If you have not filed an appearance, or you have filed an appearance and are not present, the Plaintiff may obtain an ex parte default judgment against you for the amount claimed.
   c. If you have filed an appearance and are present on Status/Trial Day, trial may be heard that day, or may be set for another day certain.

**The following is applicable to District 3 cases only:**

7. This case may/may not be heard on the day for appearance specified in summons.

8. If the claim is for personal injury, or is a civil case in which Plaintiff has filed a jury demand, you will be required to file your appearance in person or by attorney Return Day, and your answer as required by Par.2(b) above.
These cases will be assigned and heard in the Civil Jury Room _____ unless otherwise ordered by the Presiding Judge.
Neither Plaintiff nor Plaintiff's attorney will be required to be present on Return Day. The case will be set for Status at 9:00AM, approximately 60 days from the date of filing. Plaintiff and Defendant will be required to appear in court on that status day.

9. Trial Rights of Property, Detinues, and Revivals of Judgment, Pro Se, and Forcible Detainer suits are returnable in Room _____ and are disposed of an a Return Day unless otherwise ordered by the Court.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
Page 2 of 3

FILED DATE: 8/29/2019 12:56 AM    20191126044

Cavalry SPV I, LLC
Plaintiff,

v

CALVIN R SMITH

Defendant

### CREDIT CARD OR DEBT BUYER COLLECTION ACTION AFFIDAVIT
### (SUPREME COURT RULE 280.2)

Comes now affiant, and states:
I John Lacy V am

☐ Plaintiff

OR

☑ an authorized representative of Cavalry SPV I, LLC ("Plaintiff"). I am an employee of Cavalry Portfolio Services, LLC ("CPS"). CPS performs collection services for Plaintiff.

I am of adult age and am fully authorized by Plaintiff to make the following representations. I am familiar with the record keeping practices of CPS and Plaintiff. The following representations are true according to documents kept in the normal course of CPS' and Plaintiff's business:

1. **IDENTIFICATION ABOUT THE CONSUMER DEBT OR ACCOUNT**
   Complete the tables and check all applicable boxes.
   a. As of charge-off date:

| Full name of the creditor | Full name of the Defendant(s) as it appears on the account | Last four digits of the account number | Date the account was opened or the debt originated | Nature of the debt, (credit card debt, payday loan, retail installment loan, etc.) |
|---|---|---|---|---|
| Citibank, N.A. | CALVIN R SMITH | 4401 | 07/07/2017 | REVOLVING |

   b. Attach one of the following:

   ☐ The written contract giving rise to the debt that is the subject of this court case (the "Consumer Debt").

   ☑ The court case is based on an unwritten contract, and attached is a copy of a document provided to the consumer while the account was active, demonstrating that the consumer debt was incurred by the consumer. For a revolving credit account, a statement reflecting the charge-off balance shall be deemed sufficient to satisfy this requirement. The Plaintiff further certifies that it has in its possession and can produce on request the most recent monthly statement recording a purchase transaction, last payment, or balance transfer. The statement(s) attached will not reflect any post charge-off payments or credits by or to the charge-off creditor, the debt buyer or their attorneys.

FILED DATE: 8/29/2019 12:56 AM 2019112804

c. The most recent activity on the account prior to or after charge-off, includes:

| Charge-off Balance as defined by ISCR 280.1(c) | Charge-off Date | Date of Last Payment (on or about) | Amount of Last Payment | Payments/Credits/ Adjustments Since Charge-off Date |
|---|---|---|---|---|
| $1,219.62 | 11/13/2018 | 04/03/2018 | $25.00 | $3.57 |

2. **PROOF OF OWNERSHIP OR RIGHT TO SUE FOR DEBT BUYERS**

Complete the table and list the prior owners or creditors since the charge-off date. Start with the first assignment through the current creditor or owner of the consumer debt. List in chronological order, beginning with the first assignment:

| From (Name) | To (Name) | Date of Assignment (on or about) |
|---|---|---|
| Citibank, N.A. | Cavalry SPV I, LLC | 12/21/2018 |
| | | |
| | | |
| | | |

☐ Does not apply — Plaintiff is the charge-off creditor.

3. **ADDITIONAL ACCOUNT INFORMATION AFTER CHARGE-OFF**
Plaintiff is seeking additional amounts after the charge-off date:
☒ **No**
☐ **Yes.** If yes, as the charge-off date and within the last 30 days:
  ☐ Defendant has made additional payments in the amount of $_____;
  ☐ Total amount of interest accrued: $_____;
  ☐ Total amount of non-interest charges or fee accrued $_____;
  ☐ Plaintiff is seeking attorney's fees in the amount of $_____;

**Balance due and owing as of 07/16/2019: $1,216.05**

_John Jung I_
Legal Administrator

Subscribed and sworn to before me on 07/26/2019

_____
NOTARY PUBLIC, STATE OF ARIZONA

HEATHER WILCOX
Notary Public - Arizona
Maricopa County
My Comm. Expires Dec 6, 2019

FILED DATE: 8/29/2019 12:56 AM 20191126044

www.citicards.com

**CALVIN R SMITH**

Customer Service 1-800-823-4086
TTY-hearing-impaired services only 1-800-325-2865

Page 2 of 2

## Account Summary

| Trans. date | Post date | Description | Amount |
|---|---|---|---|

### Fees charged

| | | | |
|---|---|---|---|
| Total fees charged in this billing period | | | $0.00 |

### Interest charged

| Date | Description | Amount |
|---|---|---|
| 11/13 | INTEREST CHARGED TO STANDARD ADV | $3.57 |
| Total interest charged in this billing period | | $3.57 |

### 2018 totals year-to-date

| | |
|---|---|
| Total fees charged in 2018 | $260.00 |
| Total interest charged in 2018 | $33.36 |

### Interest charge calculation

Days in billing cycle: 33

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| PURCHASES | | | |
| Standard Purch | 0.00% | $1,072.70 (D) | $0.00 |
| (Introductory Rate Expires 04/21/19) | | | |
| ADVANCES | | | |
| Standard Adv | 27.24% (V) | $145.07 (D) | $3.57 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) may vary. Balances followed by (D) are determined by the daily balance method (including current transactions).

## Account messages
### SAVINGS SPOTLIGHT DETAILS

INTEREST: If you have promotional balances on your account, we have estimated your savings. This savings is the difference between the interest that was assessed against the promotional balances using the promotional APRs and the estimated interest that would have been assessed against these same balances using the Enhanced Purchase APRs. This savings amount does not include any balance transfer fees. This savings is from your billing period covered by this statement.

CITI EASY DEALS: If you made a purchase on Citi Easy Deals, your savings is the difference between the retail price and the price you paid. This savings is from the prior calendar month.

CITI PRICE REWIND: If you received a Citi Price Rewind refund, savings is the refunded amount. This savings is from the prior calendar month.

CITI DIAMOND PREFERRED LIFETIME SAVINGS: The savings from interest, Citi Easy Deals and Citi Price Rewind since you became a Citi Diamond Preferred cardmember. This savings amount does not include any balance transfer fees.

Please note that if we received your pay by phone or online payment between 5 p.m. ET and midnight ET on the last day of your billing period, your payment will not be reflected until your next statement.

Please be sure to pay on time. If you submit your payment by mail, we suggest you mail it no later than 12/02/2018 to allow enough time for regular mail to reach us.

©2018 Citibank, N.A.
Citi, Citi with Arc Design are registered service marks of Citigroup Inc.



**Savings Spotlight**
Your Citi® Diamond Preferred Savings Summary

From This Billing Period:
■ Interest: $21.81

**TOTAL SAVINGS $21.81**

CITI DIAMOND PREFERRED LIFETIME SAVINGS: $241.09

See Account Messages for more information about Savings Spotlight

FILED DATE: 8/29/2019 12:56 AM 2019/12/6044

# Citi® Diamond Preferred® Card    citi

**CALVIN R SMITH**
Member Since 2017  Account number ending in: 4401
Billing Period:10/12/18-11/13/18

## NOVEMBER STATEMENT

Minimum payment due:  $1,219.62
New balance as of 11/13/18:  $1,219.62
Payment due date:  12/09/18

See the back of this statement for important information about how to avoid paying interest on purchases.

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the Penalty APR of 29.999%.

**Minimum Payment Warning:** If you make the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
| --- | --- | --- |
| Only the minimum payment | 1 month(s) | $1,220 |

For information about credit counseling services, call 1-877-337-8188.

## Account Summary

| | |
| --- | --- |
| Previous balance | $1,216.05 |
| Payments | -$0.00 |
| Credits | +$0.00 |
| Purchases | +$0.00 |
| Cash advances | +$0.00 |
| Fees | +$0.00 |
| Interest | +$3.57 |
| **New balance** | **$1,219.62** |

## Credit Limit  $1,000
Includes $300 cash advance limit

**Your account is past due.** Please pay at least the minimum payment due, which includes a past due amount of $308.01 and an overlimit amount of $219.62.

Customer Service 1-800-823-4086
www.citicards.com
TTY-hearing-impaired services only 1-800-325-2865
BOX 6500 SIOUX FALLS, SD 57117

## Savings Spotlight
Your Diamond Preferred Lifetime Savings:
**$241.09**
See page 3 to view your savings summary.

Please print Address Changes on the reverse side.

Pay your bill from virtually anywhere with the Citi Mobile® App and Citi® Online
citi — To download, Text 'APP15' to MyCiti (692464) or go to your device's app store. Or visit www.citicards.com

| | |
| --- | --- |
| Minimum payment due | $1,219.62 |
| New balance | $1,219.62 |
| Payment due date | 12/09/18 |

Amount enclosed:

Account number ending in 4401

CALVIN R SMITH
000000 MC 32 A 0

CITI CARDS
PO BOX 78045
Phoenix, AZ 85062-8045

15000 0121962 0121962 0002500
7144

FILED DATE: 8/29/2019 12:56 AM   20191128044

## Citi® Diamond Preferred® Card

**citi**

**CALVIN R SMITH**
Member Since 2017 Account number ending in: 4401
Billing Period:**03/14/18-04/12/18**

www.citicards.com
**Customer Service 1-800-823-4086**
TTY-hearing-impaired services only 1-800-325-2865
BOX 6500 SIOUX FALLS, SD 57117

### APRIL STATEMENT
| | |
|---|---|
| Minimum payment due: | **$25.00** |
| New balance as of 04/12/18: | **$976.09** |
| Payment due date: | **05/09/18** |

### Account Summary
| | |
|---|---|
| Previous balance | $976.38 |
| Payments | -$25.00 |
| Credits | -$0.00 |
| Purchases | +$21.95 |
| Cash advances | +$0.00 |
| Fees | +$0.00 |
| Interest | +$2.76 |
| **New balance** | **$976.09** |

**Late Payment Warning:**If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the variable Penalty APR of 29.99%.

**Minimum Payment Warning:**If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

### Credit Limit
| | |
|---|---|
| Credit limit | $1,000 |
| Includes $300 cash advance limit | |
| Available credit | $23 |
| Includes $23 available for cash advances | |

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 4 year(s) | $1,313 |
| $32 | 3 year(s) | $1,152 (Savings=$161) |

For information about credit counseling services, call 1-877-337-8187.



**Savings Spotlight**
Your Diamond Preferred Lifetime Savings:
$114.20
See page 3 to view your Savings Summary

Please print **Address Changes** on the reverse side

Pay your bill from virtually anywhere with the Citi Mobile® App and Citi® Online



To download:
Text 'App15' to MyCiti (692484)
or go to your device's app store.
Or visit www.citicards.com

| | |
|---|---|
| **Minimum payment due** | **$25.00** |
| **New balance** | **$976.09** |
| **Payment due date** | **05/09/18** |

**Amount enclosed:**

Account number ending in 4401

000000 MC CO A 0

CALVIN R SMITH



CITI CARDS
PO BOX 78045
Phoenix, AZ 85062-8045

15000  0002500  0097609  0002500                    0916

Hearing Date: No hearing scheduled
Courtroom Number: No hearing scheduled
Location: No hearing scheduled

FILED
8/29/2019 12:56 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL

FILED DATE: 8/29/2019 12:56 AM  20191126044

385956

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### FIRST MUNICIPAL DISTRICT

Cavalry SPV I, LLC, )
       )           20191126044
      Plaintiff, )
       )
       )   No.       Return Date: 9/27/2019
    vs. )
       )   Return Date: _____
CALVIN R SMITH, )
       )
      Defendant. )   Amount Claimed: $1,216.05, Plus court costs

### SMALL CLAIMS COMPLAINT

NOW COMES the Plaintiff, Cavalry SPV I, LLC, by and through their attorneys, Shindler & Joyce, and complaining of the Defendant, states as follows:

1. The Defendant CALVIN R SMITH, opened a credit card or line of credit account on 07/07/2017 whereby Defendant received a credit card or line of credit and could charge goods and services to their account and receive cash advances.

2. The Defendant subsequently defaulted by failing to pay for the indebtedness incurred resulting in the balance due in the amount of $1,216.05.

3 For valuable consideration, Cavalry SPV I, LLC is the assignee and bona fide owner of all right title and interest to defendant's account.

4. Due demand has been made on the Defendant to pay the amount due and owing and the Defendant has failed to do so.

5. Suit has been filed within a relevant statute of limitations.

WHEREFORE, Plaintiff prays for judgment against the Defendant for $1,216.05 plus court costs.

Shindler & Joyce
1990 E. Algonquin Rd Suite 180
Schaumburg, IL 60173
(847) 537-1000
Cook County #: 27053
DuPage County#: 21020
attorneys@shindlerlaw.com

**Barrie Pressler**
**ARDC # 6208258**

THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION
WILL BE USED FOR THAT PURPOSE.



908101

312 - 4660823

File # 908701

Hearing Date: No hearing scheduled
Courtroom Number: No hearing scheduled
Location: No hearing scheduled

FILED
8/29/2019 12:56 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL

385956

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
FIRST MUNICIPAL DISTRICT

| | | |
|---|---|---|
| Cavalry SPV I, LLC, | ) | 20191126044 |
| Plaintiff, | ) | |
| | ) | No. |
| vs. | ) | Return Date: 9/27/2019 |
| | ) | Return Date: _____ |
| CALVIN R SMITH, | ) | |
| Defendant. | ) | Amount Claimed: $1,216.05, Plus court Costs |

SMALL CLAIMS COMPLAINT

NOW COMES the Plaintiff, Cavalry SPV I, LLC, by and through their attorneys, Shindler & Joyce, and complaining of the Defendant, states as follows:

1. The Defendant CALVIN R SMITH, opened a credit card or line of credit account on 07/07/2017 whereby Defendant received a credit card or line of credit and could charge goods and services to their account and receive cash advances.

2. The Defendant subsequently defaulted by failing to pay for the indebtedness incurred resulting in the balance due in the amount of $1,216.05.

3. For valuable consideration, Cavalry SPV I, LLC is the assignee and bona fide owner of all right title and interest to defendant's account.

4. Due demand has been made on the Defendant to pay the amount due and owing and the Defendant has failed to do so.

5. Suit has been filed within a relevant statute of limitations.

WHEREFORE, Plaintiff prays for judgment against the Defendant for $1,216.05 plus court costs.

Shindler & Joyce
1990 E. Algonquin Rd Suite 180
Schaumburg, IL 60173
(847) 537-1000
Cook County #: 27053
DuPage County#: 21020
attorneys@shindlerlaw.com

**Barrie Pressler
ARDC # 6208258**

THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION
WILL BE USED FOR THAT PURPOSE.

File # 708101

2 of 9

FILED DATE: 11/12/2019 12:00 AM    2019112604A4

**(10/25/18) CCM N649**

Any person wishing to sue or defend a case as an indigent must petition the court to have the fees, costs, and charges associated with the proceedings waived.

Customers may visit www.cookcountyclerkofcourt.org to access the Clerk's filing fees or telephone the Civil Division at (312) 603-5116 with additional questions.

### NOTICE TO PLAINTIFF

You MUST select a return day of:
not less than 14 or more than 40 days after issuance of summons if amount claimed is $10,000 or less;
not less than 21 or more than 40 days after issuance of summons if amount claimed is in excess of $10,000.

### NOTICE TO DEFENDANT

1. If the complaint is notarized, your answer must be notarized.

**For District 1 Cases Only:**

2. On the specified Return Day, one of the following may occur:
   a. If you are sued for $10,000 or less you need not file an answer unless ordered to do so by the Court.
      (i) If Plaintiff is not present, the case may be dismissed for want of prosecution.
      (ii) If you have not filed an appearance, or you have filed an appearance and are not present, the Plaintiff may obtain an exparte default judgment against you for the amount claimed.
      (iii) If you have filed an appearance and are present on Return Day, trial may be heard that day, or may be set for another day certain.
   b. If you are sued for more than $10,000 and you have filed your appearance on time, you must file your answer no later than 10 days after your appearance date (return date) specified on this form. If you have not filed your appearance or answer on time, the Plaintiff may obtain an exparte default judgment against you for the amount claimed, If Plaintiff is not present for the Default call, the case may be dismissed for want of prosecution. If you filed your appearance and have not filed your answer on time the Plaintiff may motion the court to enter a Judgment.

3. Late filing of an appearance or answer will not relieve you from judgment or default order except by court order.

**For District 2, 3, 4, 5 and 6 Cases:**

4. If you are sued for more than $10,000, you have 10 days from the Return Day to answer or otherwise plea.

5. On the Specified Return Day, if you are sued for $10,000 or less, you need to file an answer unless ordered to do so by the Court.

6. On the specified Status/Trial Day, one of the following may occur:
   a. If the Plaintiff is not present, the case may be dismissed for want of prosecution.
   b. If you have not filed an appearance, or you have filed an appearance and are not present, the Plaintiff may obtain an ex parte default judgment against you for the amount claimed.
   c. If you have filed an appearance and are present on Status/Trial Day, trial may be heard that day, or may be set for another day certain.

**The following is applicable to District 3 cases only:**

7. This case may/may not be heard on the day for appearance specified in summons.

8. If the claim is for personal injury, or is a civil case in which Plaintiff has filed a jury demand, you will be required to file your appearance in person or by attorney Return Day, and your answer as required by Par.2(b) above.
These cases will be assigned and heard in the Civil Jury Room _____ unless otherwise ordered by the Presiding Judge.
Neither Plaintiff nor Plaintiff's attorney will be required to be present on Return Day. The case will be set for Status at 9:00AM, approximately 60 days from the date of filing. Plaintiff and Defendant will be required to appear in court on that status day.

9. Trial Rights of Property, Detinues, and Revivals of Judgment, Pro Se, and Forcible Detainer suits are returnable in Room _____ and are disposed of an a Return Day unless otherwise ordered by the Court.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
Page 2 of 3

Fili # 908101         3059

FILED DATE: 8/29/2019 12:56 AM   2019112604

Cavalry SPV 1, LLC
Plaintiff,

v

CALVIN R SMITH

Defendant

CREDIT CARD OR DEBT BUYER COLLECTION ACTION AFFIDAVIT
(SUPREME COURT RULE 280.2)

Comes now affiant, and states:
I John Lacy V am

☐ Plaintiff

OR

☑ an authorized representative of Cavalry SPV I, LLC ("Plaintiff"). I am an employee of Cavalry Portfolio Services, LLC ("CPS"). CPS performs collection services for Plaintiff.

I am of adult age and am fully authorized by Plaintiff to make the following representations. I am familiar with the record keeping practices of CPS and Plaintiff. The following representations are true according to documents kept in the normal course of CPS' and Plaintiff's business;

1.  IDENTIFICATION ABOUT THE CONSUMER DEBT OR ACCOUNT
    Complete the tables and check all applicable boxes.
    a.  As of charge-off date:

| Full name of the creditor | Full name of the Defendant(s) as it appears on the account | Last four digits of the account number | Date the account was opened or the debt originated | Nature of the debt, (credit card debt, payday loan, retail installment loan, etc.) |
|---|---|---|---|---|
| Citibank, N.A. | CALVIN R SMITH | 4401 | 07/07/2017 | REVOLVING |

b. Attach one of the following:

☐ The written contract giving rise to the debt that is the subject of this court case (the "Consumer Debt").

☑ The court case is based on an unwritten contract, and attached is a copy of a document provided to the consumer while the account was active, demonstrating that the consumer debt was incurred by the consumer. For a revolving credit account, a statement reflecting the charge-off balance shall be deemed sufficient to satisfy this requirement. The Plaintiff further certifies that it has in its possession and can produce on request the most recent monthly statement recording a purchase transaction, last payment, or balance transfer. The statement(s) attached will not reflect any post charge-off payments or credits by or to the charge-off creditor, the debt buyer or their attorneys.

IL-SHINDLER AND JOYCE
21173436

File # 908101

c. The most recent activity on the account prior to or after charge-off, includes:

| Charge-off Balance as defined by ISCR 280.1(c) | Charge-off Date | Date of Last Payment (on or about) | Amount of Last Payment | Payments/Credits/ Adjustments Since Charge-off Date |
|---|---|---|---|---|
| $1,219.62 | 11/13/2018 | 04/03/2018 | $25.00 | $3.57 |

2. **PROOF OF OWNERSHIP OR RIGHT TO SUE FOR DEBT BUYERS**

Complete the table and list the prior owners or creditors since the charge-off date. Start with the first assignment through the current creditor or owner of the consumer debt. List in chronological order, beginning with the first assignment.

| From (Name) | To (Name) | Date of Assignment (on or about) |
|---|---|---|
| Citibank, N.A. | Cavalry SPV I, LLC | 12/21/2018 |
|  |  |  |
|  |  |  |

☐ Does not apply — Plaintiff is the charge-off creditor.

3. ADDITIONAL ACCOUNT INFORMATION AFTER CHARGE-OFF
Plaintiff is seeking additional amounts after the charge-off date:
☑ No
☐ Yes. If yes, as the charge-off date and within the last 30 days:
  ☐ Defendant has made additional payments in the amount of $_____;
  ☐ Total amount of interest accrued: $_____;
  ☐ Total amount of non-interest charges or fee accrued $_____;
  ☐ Plaintiff is seeking attorney's fees in the amount of $_____;

**Balance due and owing as of 07/16/2019: $1,216.05**

_____    Subscribed and sworn to before me on 07/26/2019
Legal Administrator                    _____
                                       NOTARY PUBLIC, STATE OF ARIZONA

HEATHER WILCOX
Notary Public - Arizona
Maricopa County
My Comm. Expires Dec 6, 2019

*File # 908101*    *SS*

Return Date: 12/20/2019
Hearing Date: 12/20/2019 9:30 AM - 9:30 AM
Courtroom Number: 1104
Location: District 1 Court
　　　　Cook County, IL

FILED
11/12/2019 12:00 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
20191126044

7306800

385956
2120 - Served　2220 - Not Served　2620 - Sec. of State
2121 - Alias Served　2221 - Alias Not Served　2621 - Alias Sec. of State
Summons　　　　　　　　　　　　　　　　　(Rev.10/25/18) CCM N649 A

FILED DATE: 11/12/2019 12:00 AM　20191126044

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### FIRST MUNICIPAL DISTRICT

| | |
|---|---|
| **Name All Parties**<br>Cavalry SPV I, LLC | Case No. 19-M1-126044<br>Amount Claimed: 1216.05 plus court costs |
| **Plaintiff(s)** | Appearance Filing / Return Date: 12/20/2019 |
| v. | Status Date: _____ |
| CALVIN R SMITH | Trial Date: _____ |
| **Defendant(s)** | Time: 09:30AM  Room: 1104 |
| CALVIN R SMITH: ████████████ | |

Address of Defendant(s)

Please serve as follows: ☐ Certified Mail　☐ Sheriff Service　☑ Alias (Plaintiff Check One)

## SUMMONS

To each Defendant:
　YOU ARE SUMMONED and required:
　1. To file your written appearance by yourself or your attorney and pay the required fee. To file your appearance you need access to the internet and a credit card for payment. Please visit www. cookcountyclerkofcourt.org to initiate this process. Kiosks with internet access are available at all Clerk's Office locations. Please refer to the last page of this document for location information.
　2. File your answer to the complaint before 9:00AM as required by the applicable subsections of Paragraph 3 or 4 in the **NOTICE TO THE DEFENDANT** on the following page.
**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT, A COPY OF IS HERETO ATTACHED.**
To the Officer:
　This SUMMONS must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service, and not less than three (3) days before the day for appearance. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 3 days before the day for appearance.
　E - filing is now mandatory for documents in civil cases with limited exemptions. To e - file, you must first create an account with an e - filing service provider. Visit https://efile.illinoiscourts.gov/service - providers.htm to learn more and to select a service provider. If you need additional help or have trouble e - filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp .
**THERE WILL BE A FEE TO FILE YOUR APPEARANCE.**

Atty. No.: 27053
Shindler and Joyce
Attorney for Plaintiff
1990 E Algonquin Rd., Suite 180
Schaumburg, IL 60173
(847) 537-1000
attorneys@shindlerlaw.com

WITNESS 11/12/2019 12:00 AM DOROTHY BROWN

_____
DOROTHY BROWN, Circuit Court Clerk

Date of service _____
(to be inserted by officer on copy left with person served)

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Page 1 of 3

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**



File # 706701
6 of 9

FILED DATE: 8/29/2019 12:56 AM   20191126044

# Citi® Diamond Preferred® Card

**citi**

**CALVIN R SMITH**
Member Since 2017 Account number ending in: 4401
Billing Period:**10/12/18-11/13/18**

www.citicards.com
**Customer Service 1-800-823-4086**
TTY-hearing-impaired services only 1-800-325-2865
BOX 6500 SIOUX FALLS, SD 57117

## NOVEMBER STATEMENT

| | |
|---|---|
| Minimum payment due: | $1,219.62 |
| New balance as of 11/13/18: | $1,219.62 |
| Payment due date: | 12/09/18 |

See the back of this statement for important Information about how to avoid paying interest on purchases.

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 1 month(s) | $1,220 |

For information about credit counseling services, call 1-877-337-8188.

Your account **is past due.** Please pay at least the minimum payment due, which includes a past due amount of $308.01 and an overlimit amount of $219.62.

## Account Summary

| | |
|---|---|
| Previous balance | $1,216.05 |
| Payments | -$0.00 |
| Credits | -$0.00 |
| Purchases | +$0.00 |
| Cash advances | +$0.00 |
| Fees | +$0.00 |
| Interest | +$3.57 |
| **New balance** | **$1,219.62** |

## Credit Limit

| | |
|---|---|
| Credit limit | $1,000 |
| Includes $300 cash advance limit | |



**Savings Spotlight**

Your Diamond Preferred Lifetime Savings:

**$241.09**

See page 3 to view your Savings Summary.

Please print **Address Changes** on the reverse side

| | |
|---|---|
| **Minimum payment due** | **$1,219.62** |
| **New balance** | **$1,219.62** |
| **Payment due date** | **12/09/18** |

Amount enclosed:

Account number ending in 4401

Pay your bill from virtually anywhere with the Citi Mobile® App and Citi® Online



To download:
Text "App15" to MyCiti (692484)
or go to your device's app store.
Or visit www.citicards.com

000000 MC 32 A 0

CALVIN R SMITH

CITI CARDS
PO BOX 78045
Phoenix, AZ 85062-8045

15000 0121962 0121962 0002500          7918

File #908101

7 of 9

FILED DATE: 8/29/2019 12:56 AM  2019112604

**www.citicards.com**
**CALVIN R SMITH**

## Account Summary

| Trans. date | Post date | Description | Amount |
|---|---|---|---|
| **Payments, Credits and Adjustments** | | | |
| | 04/02 | PAYMENT THANK YOU | -$25.00 |
| **Standard Purchases** | | | |
| 03/29 | 03/29 | EXPERIAN* CREDIT REPO 8666171894 CA | $21.95 |

## Fees charged

| | |
|---|---|
| Total fees charged in this billing period | $0.00 |

## Interest charged

| Date | Description | Amount |
|---|---|---|
| 04/12 | INTEREST CHARGED TO STANDARD ADV | $2.76 |
| Total interest charged in this billing period | | $2.76 |

### 2018 totals year-to-date

| | |
|---|---|
| Total fees charged in 2018 | $60.00 |
| Total interest charged in 2018 | $11.76 |

### Interest charge calculation

Days in billing cycle: **30**

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| **PURCHASES** | | | |
| Standard Purch | 0.00% | $853.86 (D) | $0.00 |
| (Introductory Rate Expires 04/21/19) | | | |
| **ADVANCES** | | | |
| Standard Adv | 26.74% (V) | $125.66 (D) | $2.76 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) may vary. Balances followed by (D) are determined by the daily balance method (including current transactions).

## Account messages
### SAVINGS SPOTLIGHT DETAILS

INTEREST: If you have promotional balances on your account, we have estimated your savings. This savings is the difference between the interest that was assessed against the promotional balances using the promotional APRs and the estimated interest that would have been assessed against these same balances using the Enhanced Purchase APRs. This savings amount does not include any balance transfer fees. This savings is from your billing period covered by this statement.

CITI EASY DEALS: If you made a purchase on Citi Easy Deals, your savings is the difference between the retail price and the price you paid. This savings is from the prior calendar month.

CITI PRICE REWIND: If you received a Citi Price Rewind refund, savings is the refunded amount. This savings is from the prior calendar month.

CITI DIAMOND PREFERRED LIFETIME SAVINGS: The savings from interest, Citi Easy Deals and Citi Price Rewind since you became a Citi Diamond Preferred cardmember. This savings amount does not include any balance transfer fees.

Please be sure to pay on time. If you submit your payment by mail, we suggest you mail it no later than 05/02/2018 to allow enough time for regular mail to reach us.





**Savings Spotlight**
Your Citi® Diamond Preferred®
Savings Summary

**From This Billing Period:**
■ Interest: $15.43

**TOTAL SAVINGS $15.43**

CITI DIAMOND PREFERRED
LIFETIME SAVINGS:
**$114.20**

See Account Messages
for more information about
Savings Spotlight

## Citi Easy Deals™

To find out your current tier,
Visit citieasydeals.com or call the
number provided above.

**Deals you can access, by tier:**

**Base Tier**
■ Minimum Annual Purchases: $0.00
■ Coupons for local dining and shopping

**Enhanced Tier**
■ Minimum Annual Purchases: $100
■ Base tier benefit
■ Plus deals on gift cards and magazines

**Plus Tier**
■ Minimum Annual Purchases: $500
■ Base and Enhanced tier benefits
■ Plus deals on merchandise, travel and daily deals

» For complete details, go to citieasydeals.com

File # 908101

8 of 9

FILED DATE: 8/29/2019 12:56 AM 20191126044

# Citi® Diamond Preferred® Card

**citi**

**CALVIN R SMITH**
Member Since 2017 Account number ending in: 4401
Billing Period: **03/14/18-04/12/18**

www.citicards.com
**Customer Service 1-800-823-4086**
TTY-hearing-impaired services only 1-800-325-2865
BOX 6500 SIOUX FALLS, SD 57117

## APRIL STATEMENT

| | |
|---|---|
| **Minimum payment due:** | **$25.00** |
| **New balance as of 04/12/18:** | **$976.09** |
| **Payment due date:** | **05/09/18** |

### Account Summary

| | |
|---|---|
| Previous balance | $976.38 |
| Payments | -$25.00 |
| Credits | -$0.00 |
| Purchases | +$21.95 |
| Cash advances | +$0.00 |
| Fees | +$0.00 |
| Interest | +$2.76 |
| **New balance** | **$976.09** |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the variable Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 4 year(s) | $1,313 |
| $32 | 3 year(s) | $1,152 (Savings=$161) |

For information about credit counseling services, call 1-877-337-8187.

### Credit Limit

| | |
|---|---|
| Credit limit | $1,000 |
| Includes $300 cash advance limit | |
| Available credit | $23 |
| Includes $23 available for cash advances | |



**Savings Spotlight**
Your Diamond Preferred Lifetime Savings:
**$114.20**
See page 3 to view your Savings Summary.

Please print **Address Changes** on the reverse side

**Pay your bill from virtually anywhere with the Citi Mobile® App and Citi® Online**



To download:
Text 'App15' to MyCiti (692484)
or go to your device's app store.
Or visit www.citicards.com

| | |
|---|---|
| **Minimum payment due** | **$25.00** |
| **New balance** | **$976.09** |
| **Payment due date** | **05/09/18** |

**Amount enclosed:**

Account number ending in 4401

000000 MC 00 A 0

CALVIN R SMITH

CITI CARDS
PO BOX 78045
Phoenix, AZ 85062-8045

15000 0002500 0097609 000250⌐          0916

FILED DATE: 8/29/2019 12:56 AM 20191126044

www.citicards.com

**CALVIN R SMITH**

Customer Service 1-800-823-4086
TTY-hearing-impaired services only 1-800-325-2865

Page 2 of 2

## Account Summary

| Trans. date | Post date | Description | Amount |
|---|---|---|---|
| **Payments, Credits and Adjustments** | | | |
| 04/02 | | PAYMENT THANK YOU | -$25.00 |
| **Standard Purchases** | | | |
| 03/29 | 03/29 | EXPERIAN* CREDIT REPO 8666171894  CA | $21.95 |

### Fees charged

| | | |
|---|---|---|
| Total fees charged in this billing period | | $0.00 |

### Interest charged

| Date | Description | Amount |
|---|---|---|
| 04/12 | INTEREST CHARGED TO STANDARD ADV | $2.76 |
| Total interest charged in this billing period | | $2.76 |

### 2018 totals year-to-date

| | |
|---|---|
| Total fees charged in 2018 | $60.00 |
| Total interest charged in 2018 | $11.78 |

### Interest charge calculation

Days in billing cycle: 30

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| **PURCHASES** | | | |
| Standard Purch | 0.00% | $853.86 (D) | $0.00 |
| (Introductory Rate Expires 04/21/19) | | | |
| **ADVANCES** | | | |
| Standard Adv | 26.74% (V) | $125.66 (D) | $2.76 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) may vary. Balances followed by (D) are determined by the daily balance method (including current transactions).

## Account messages

**SAVINGS SPOTLIGHT DETAILS**

**INTEREST:** If you have promotional balances on your account, we have estimated your savings. This savings is the difference between the interest that was assessed against the promotional balances using the promotional APRs and the estimated interest that would have been assessed against these same balances using the Enhanced Purchase APRs. This savings amount does not include any balance transfer fees. This savings is from your billing period covered by this statement.

**CITI EASY DEALS:** If you made a purchase on Citi Easy Deals, your savings is the difference between the retail price and the price you paid. This savings is from the prior calendar month.

**CITI PRICE REWIND:** If you received a Citi Price Rewind refund, savings is the refunded amount. This savings is from the prior calendar month.

**CITI DIAMOND PREFERRED LIFETIME SAVINGS:** The savings from interest, Citi Easy Deals and Citi Price Rewind since you became a Citi Diamond Preferred cardmember. This savings amount does not include any balance transfer fees.

Please be sure to pay on time. If you submit your payment by mail, we suggest you mail it no later than 05/02/2018 to allow enough time for regular mail to reach us.



**Savings Spotlight**
Your Citi® Diamond Preferred®
Savings Summary

From This Billing Period:
■ Interest:                          $15.43

**TOTAL SAVINGS**
**$15.43**

CITI DIAMOND PREFERRED LIFETIME SAVINGS:
$114.20

See Account Messages for more information about Savings Spotlight

## Citi Easy Deals™

To find out your current tier, visit citieasydeals.com or call the number provided above.

**Deals you can access, by tier:**

**Base Tier**
■ Minimum Annual Purchases: $0.00
■ Coupons for local dining and shopping

**Enhanced Tier**
■ Minimum Annual Purchases: $100
■ Base tier benefit
■ Plus deals on gift cards and magazines

**Plus Tier**
■ Minimum Annual Purchases: $500
■ Base and Enhanced tier benefits
■ Plus deals on merchandise, travel and daily deals

» For complete details, go to citieasydeals.com

Fil # 908/01
7 of 9

FILED DATE: 8/28/2019 12:56 AM   20191126044

www.citicards.com

CALVIN R SMITH

**Customer Service 1-800-823-4086**
TTY-hearing-impaired services only 1-800-325-2865

Page 2 of 2

## Account Summary

| Trans. date | Post date | Description | Amount |
|---|---|---|---|

### Fees charged

| Total fees charged in this billing period | $0.00 |
|---|---|

### Interest charged

| Date | Description | Amount |
|---|---|---|
| 11/13 | INTEREST CHARGED TO STANDARD ADV | $3.57 |
| Total interest charged in this billing period | | $3.57 |

### 2018 totals year-to-date

| Total fees charged in 2018 | $260.00 |
|---|---|
| Total interest charged in 2018 | $33.36 |

### Interest charge calculation

Days in billing cycle: 33

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| PURCHASES | | | |
| Standard Purch | 0.00% | $1,072.70 (D) | $0.00 |
| (Introductory Rate Expires 04/21/19) | | | |
| ADVANCES | | | |
| Standard Adv | 27.24% (V) | $145.07 (D) | $3.57 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) may vary. Balances followed by (D) are determined by the daily balance method (including current transactions).

## Account messages

### SAVINGS SPOTLIGHT DETAILS

INTEREST: If you have promotional balances on your account, we have estimated your savings. This savings is the difference between the interest that was assessed against the promotional balances using the promotional APRs and the estimated interest that would have been assessed against these same balances using the Enhanced Purchase APRs. This savings amount does not include any balance transfer fees. This savings is from your billing period covered by this statement.

CITI EASY DEALS: If you made a purchase on Citi Easy Deals, your savings is the difference between the retail price and the price you paid. This savings is from the prior calendar month.

CITI PRICE REWIND: If you received a Citi Price Rewind refund, the savings is the refunded amount. This savings is from the prior calendar month.

CITI DIAMOND PREFERRED LIFETIME SAVINGS: The savings from interest, Citi Easy Deals and Citi Price Rewind since you became a Citi Diamond Preferred cardmember. This savings amount does not include any balance transfer fees.

Please note that if we received your pay by phone or online payment between 5 p.m. ET and midnight ET on the last day of your billing period, your payment will not be reflected until your next statement.

Please be sure to pay on time. If you submit your payment by mail, we suggest you mail it no later than 12/02/2018 to allow enough time for regular mail to reach us.

©2018 Citibank, N.A.
Citi, Citi with Arc Design are registered service marks of Citigroup Inc.



**Savings Spotlight**
Your Citi® Diamond Preferred®
Savings Summary

From This Billing Period:
Interest:  $21.81

TOTAL SAVINGS
$21.81

CITI DIAMOND PREFERRED
LIFETIME SAVINGS:
$241.09

See Account Messages
for more information about
Savings Spotlight

TRANSMISSION VERIFICATION REPORT

```
TIME  : 11/03/2013 04:23
NAME  : C
FAX   : 7739240492
TEL   : 7739240492
SER.# : H8N412099
```

```
DATE,TIME          11/03  04:20
FAX NO./NAME       13124660823
DURATION           00:03:25
PAGE(S)            09
RESULT             OK
MODE               STANDARD
```

**EXHIBIT B**

EXHIBIT B



Cook County
Clerk of the Circuit Court
Electronic Docket Search
Chancery, Domestic/Child Support, Civil and Law Divisions

| Case Information Summary for Case Number |
| :---: |
| 2019-M1-126044 |

Filing Date: 08/29/2019
Division: Municipal Division
Ad Damnum: $1216.05

Case Type: CONTRACT
District: First Municipal
Calendar:

## Party Information

**Plaintiff(s)**
CAVALRY SPV I, LLC

**Attorney(s)**
SHINDLER KEITH S
1990E ALGONQUIN180
SCHAUMBURG IL, 60173
(847) 537-1000

CAVALRY SPV I, LLC

| **Defendant(s)** | **Defendant Date of Service** | **Attorney(s)** |
| :--- | :--- | :--- |

SMITH CALVIN R

COMMUNITY LAWYERSGROUP LT
73 W MONROE ST #502
CHICAGO IL, 60603
(312) 285-3227

## Case Activity

Activity Date: 08/29/2019

Participant: CAVALRY SPV I, LLC

CONTRACT COMPLAINT FILED

Court Room: 1104
Court Fee: 287.00
Ad Damnum Amount: 1216.05

Attorney: SHINDLER KEITH S

Activity Date: 08/29/2019

Participant: CAVALRY SPV I, LLC

SUMMONS ISSUED AND RETURNABLE

Attorney: SHINDLER KEITH S

Activity Date: 08/29/2019                          Participant: SMITH CALVIN R

IF SERVED, FILE AN APPEARANCE ON OR BEFORE ===============>

Date: 09/27/2019

Activity Date: 08/29/2019                          Participant: CAVALRY SPV I, LLC

IF SERVED, FILE AN APPEARANCE ON OR BEFORE ===============>

Activity Date: 09/20/2019                          Participant: SMITH CALVIN R

SUMMONS RETURNED - N.S. REASON: NO CONTACT

Date: 09/19/2019

Activity Date: 10/03/2019                          Participant: CAVALRY SPV I, LLC

ALIAS SUMMONS ISSUED AND RETURNABLE

Date: 11/08/2019

Court Room: 1104                          Attorney: SHINDLER KEITH S

Court Fee: 6.00

Activity Date: 10/03/2019                          Participant: CAVALRY SPV I, LLC

IF SERVED, FILE AN APPEARANCE ON OR BEFORE ===============>

Date: 11/08/2019

Activity Date: 11/06/2019                          Participant: CAVALRY SPV I, LLC

SUMMONS NOT SERVED BY SPECIAL PROCESS SERVER

Attorney: SHINDLER KEITH S

Activity Date: 11/12/2019                          Participant: CAVALRY SPV I, LLC

ALIAS SUMMONS ISSUED AND RETURNABLE

Date: 12/20/2019

Court Room: 1104                          Attorney: SHINDLER KEITH S

Court Fee: 6.00

Activity Date: 11/12/2019                          Participant: CAVALRY SPV I, LLC

IF SERVED, FILE AN APPEARANCE ON OR BEFORE ===============>

Date: 12/20/2019

Activity Date: 11/18/2019                          Participant: CAVALRY SPV I, LLC

SUMMONS SERVED BY SPECIAL PROCESS SERVER

Attorney: SHINDLER KEITH S

Activity Date: 12/20/2019                                    Participant: SMITH CALVIN R

CASE SET ON DEFAULT CALL

Date: 01/03/2020

Court Time: 0915

Court Room: 1104

Activity Date: 01/03/2020                                    Participant: SMITH CALVIN R

POSTCARD GENERATED

Attorney: PRO SE

Activity Date: 01/03/2020                                    Participant: SMITH CALVIN R

DEFAULT - ALLOWED -

Judge: BUIKEMA, JOEL D.

Activity Date: 01/03/2020                                    Participant: SMITH CALVIN R

ASSESS COSTS - ALLOWED -

Judge: BUIKEMA, JOEL D.

Activity Date: 01/03/2020                                    Participant: SMITH CALVIN R

EX-PARTE JUDGMENT - ALLOWED -

Ad Damnum Amount: 1216.05                      Judge: BUIKEMA, JOEL D.

Activity Date: 01/31/2020                                    Participant: SMITH CALVIN R

MOTION TO VACATE, MODIFY/REINSTATE FINAL ORDER/JUDGMENT < OR = 30 DAYS

Court Fee: 60.00                          Attorney: COMMUNITY
                                                      LAWYERSGROUP LT

Activity Date: 01/31/2020                                    Participant: SMITH CALVIN R

NOTICE OF MOTION FILED

Attorney: COMMUNITY
                     LAWYERSGROUP LT

Activity Date: 01/31/2020                                    Participant: SMITH CALVIN R

MOTION SCHEDULED

Date: 02/24/2020

Court Time: 0200

Court Room: 1104

Attorney: COMMUNITY
LAWYERSGROUP LT

Activity Date: 02/24/2020

Participant: SMITH CALVIN R

FILE APPEARANCE OR JURY DEMAND, ANSWER OR PLEAD - ALLOWED -

Judge: BUIKEMA, JOEL D.

Activity Date: 02/24/2020

Participant: SMITH CALVIN R

CASE SET ON STATUS CALL

Date: 03/13/2020

Court Time: 0930

Court Room: 1104

Judge: BUIKEMA, JOEL D.

Activity Date: 02/26/2020

Participant: CAVALRY SPV I, LLC

ELECTRONIC NOTICE SENT

Attorney: SHINDLER KEITH S

Activity Date: 02/27/2020

Participant: SMITH CALVIN R

APPEARANCE FILED - FEE PAID - (JURY DEMAND)

Court Fee: 176.00

Attorney: COMMUNITY
LAWYERSGROUP LT

Activity Date: 03/13/2020

Participant: SMITH CALVIN R

CASE SET ON STATUS CALL

Date: 05/08/2020

Court Time: 0930

Court Room: 1104

Judge: MOLTZ MARTIN P

Activity Date: 03/18/2020

Participant: CAVALRY SPV I, LLC

ELECTRONIC NOTICE SENT

Attorney: SHINDLER KEITH S

Activity Date: 05/01/2020

Participant: SMITH CALVIN R

POSTCARD GENERATED

Attorney: COMMUNITY
LAWYERSGROUP LT

Activity Date: 05/01/2020                          Participant: CAVALRY SPV I, LLC

ELECTRONIC NOTICE SENT

Attorney: SHINDLER KEITH S

Activity Date: 05/08/2020                          Participant: CAVALRY SPV I, LLC

ORDER OF COURT CONTINUANCE COVID-19 CLOSURE

Date: 07/17/2020
Court Time: 0930
Court Room: 1104

Activity Date: 07/17/2020                          Participant: SMITH CALVIN R

PLAINTIFF/DEFENDANT TO NOTIFY

Judge: ALLEGRETTI, JOHN
MICHAEL

Activity Date: 07/17/2020                          Participant: SMITH CALVIN R

CASE SET ON STATUS CALL

Date: 09/11/2020
Court Time: 0930                                   Judge: ALLEGRETTI, JOHN
Court Room: 1104                                   MICHAEL

Activity Date: 07/29/2020                          Participant: CAVALRY SPV I, LLC

ELECTRONIC NOTICE SENT

Attorney: SHINDLER KEITH S

Back to Top

Please note: Neither the Circuit Court of Cook County nor the Clerk of the
Circuit Court of Cook County warrants the accuracy, completeness, or the currency
of this data. This data is not an official record of the Court or the Clerk and may
not be represented as an official court record.

If data does not appear in a specific field, we likely do not have the responsive data
in our master database.

**EXHIBIT C**

EXHIBIT C

**Case: 1:20-cv-01375 Document #: 37-1 Filed: 09/01/20 Page 31 of 31 PageID #:300**

**Print**  |  **Close Window**

| | |
|---|---|
| **Subject:** | **RE: Smith v Cavalry** |
| **From:** | mario.kasalo@kasalolaw.com |
| **Date:** | Thu, Apr 16, 2020 5:22 pm |
| **To:** | "Jim Morrissey" <jmorrissey@pilgrimchristakis.com> |
| **Cc:** | "Michael Wood" <mwood@communitylawyersgroup.com>, "Celetha Chatman" <cchatman@communitylawyersgroup.com>, "Katrina Christakis" <kchristakis@pilgrimchristakis.com> |
| **Attach:** | image001.png |

Counsel:

I have extensively reviewed the alleged agreement and case law relevant to the same, and do not believe that this claim is subject to arbitration.

As your client intends to compel arbitration, it would also be helpful if your client could at this time provide the purchase agreement that relates to the alleged debt, as such agreements often have terms relevant to whether arbitration applies. Kindly advise if your client(s) is/are willing to do so.

Finally, with respect to your request for an individual demand, if your client wishes to convey a settlement offer, I am of course required to convey the same. Thank you.


Sincerely,

Mario Kris Kasalo


The Law Office of M. Kris Kasalo, Ltd.
20 North Clark Street, Suite 3100
Chicago, IL 60602
Tel 312-726-6160
Fax 312-698-5054
mario.kasalo@kasalolaw.com

**The Law Office of M. Kris Kasalo, Ltd. accepts select consumer rights cases. These cases include, but are not limited to, cases of abusive and unlawful collection activity by debt collectors, debt defense, and credit reporting of false or obsolete (old) information.**

**LEGAL NOTICES: This message is intended only for the named recipient. If you have received this in error, please notify us immediately by reply e-mail. Any other use, distribution, or copying of this information is prohibited. Nothing shall waive any right to confidentiality, attorney-client privilege or work product privilege. All rights reserved.**


-------- Original Message --------
Subject: RE: Smith v Cavalry
From: Jim Morrissey <jmorrissey@pilgrimchristakis.com>
Date: Thu, April 16, 2020 4:59 pm
To: "mario.kasalo@kasalolaw.com" <mario.kasalo@kasalolaw.com>
Cc: Michael Wood <mwood@communitylawyersgroup.com>, Celetha Chatman
<cchatman@communitylawyersgroup.com>, Katrina Christakis
<kchristakis@pilgrimchristakis.com>

Okay. Please let us know if Mr. Smith will dismiss his case in favor of individual arbitration as required by his Card Agreement (again, which is attached to his complaint).